# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORI COHEN, DANIEL COHEN**, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**PORSCHE CARS NORTH AMERICA, INC.**,<br><br>Defendant. | Case No.<br><br>2:19-cv-05530-AFM<br><br>**~~PROPOSED~~ ORDER DISMISSING WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS.** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

Dated this 26th day of May 2020

*/s/ Alex MacKinnon*
_____
Alexander F. MacKinnon
United States Magistrate Judge